UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Cause No. 4:99-cr-07-02-RLY-MGN |
| | ) | 4:00-cr-02-01-RLY-MGN |
| SHAUN DEMETRIUS MORAN, | ) | |
| Defendant | ) | |

**ORDER APPROVING AND ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATIONS**

The Court, having considered the Magistrate Judge's Report and Recommendation dated May 17, 2011 and the Magistrate Judge's Supplemental Report and Recommendation dated July 22, 2011, hereby approves and adopts both as an order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant's supervised release is MODIFIED to include an additional condition that Mr. Moran perform fifty (50) hours of community service to be completed within six (6) months. All other previously imposed terms and conditions of his supervised release shall remain in effect.

SO ORDERED this 26th day of July 2011.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION:

Winfield D. Ong
Winfield.ong@usdoj.gov

Frank P. Campisano
frank@campisanolawoffice.com

U.S. Marshal

U.S. Probation